**ELEVEN ENGINEERING, INC., Eleven Engineering Game Control LLC, Plaintiffs-Appellants**

v.

**MICROSOFT CORPORATION, Defendant-Cross-Appellant**

2016-2439
2016-2489

United States Court of Appeals, Federal Circuit.

July 19, 2017

BRIAN ERIK HAAN, Lee Sheikh Megley & Haan LLC, Chicago, IL, argued for plaintiffs-appellants. Also represented by CHRISTOPHER LEE, ASHLEY E. LAVALLEY, RICHARD BURNS MEGLEY, JR.

JOHN WINSTON THORNBURGH, Fish & Richardson, P.C., San Diego, CA, argued for defendant-cross-appellant. Also represented by PROSHANTO MUKHERJI, Boston, MA; ISABELLA FU, Microsoft Corporation, Redmond, WA.

(Prost, Chief Judge, O'Malley and Chen, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**